Barry M. Kaplan, WSBA #8661
Britton F. Davis, WSBA #39523
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500

Michael B. Levin (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BROADBAND GRAPHICS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FXCM HOLDINGS LLC and FOREX CAPITAL MARKETS LLC,<br><br>　　　　Defendants. | CASE NO.:  CV-10-261-RHW<br><br>**DEFENDANTS' ANSWER, COUNTERCLAIMS, AND JURY DEMAND**<br><br>**JURY TRIAL DEMANDED** |
| FXCM HOLDINGS LLC and FOREX CAPITAL MARKETS LLC,<br><br>　　　　Counter-complainant,<br><br>　　v.<br><br>BROADBAND GRAPHICS, LLC,<br><br>　　　　Counterdefendant. | |

DEFS' ANSWER, COUNTERCLAIMS, AND
DEMAND FOR JURY TRIAL - 1

Defendants FXCM Holdings LLC and Forex Capital Markets LLC (collectively "FXCM") hereby answer the Complaint for Patent Infringement ("Complaint") filed by plaintiff Broadband Graphics, LLC ("Broadband Graphics"). To the extent not expressly admitted, FXCM denies each and every allegation of the Complaint.[1]

## I.   NATURE OF LAWSUIT

1. FXCM admits that the Complaint purports to be an action for patent infringement. Except as so admitted, FXCM denies the allegations of paragraph 1.

## II.   THE PARTIES

2. FXCM is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 and on that basis denies the allegations.

3. FXCM admits that FXCM Holdings LLC and Forex Capital Markets LLC are Delaware limited liability companies with their principal place of business in New York, NY.

## III.   JURISDICTION AND VENUE

4. FXCM admits the allegations of paragraph 4.

5. FXCM denies the allegations in paragraph 5.

6. FXCM admits the allegations of paragraph 6.

## IV.   BACKGROUND

---

[1] To the extent the Complaint's headings constitute allegations that require a response, FXCM denies these allegations.

DEFS' ANSWER, COUNTERCLAIMS, AND
DEMAND FOR JURY TRIAL - 2

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

7. FXCM is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7 and on that basis denies the allegations.

8. FXCM is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 and on that basis denies the allegations.

9. FXCM is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 and on that basis denies the allegations.

10. FXCM is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 and on that basis denies the allegations.

11. FXCM admits it is an online provider of foreign exchange trading and related services through a proprietary technology platform. Except as so admitted, FXCM denies the allegations in paragraph 11.

12. FXCM denies the allegations of paragraph 12.

13. FXCM denies the allegations of paragraph 13.

### V. FXCM'S ALLEGED INFRINGEMENT OF THE '765 PATENT

14. FXCM denies the allegations of paragraph 14.

15. FXCM denies the allegations of paragraph 15.

16. FXCM denies the allegations of paragraph 16.

### VI. FXCM'S ALLEGED INFRINGEMENT OF THE '947 PATENT

17. FXCM denies the allegations of paragraph 17.

DEFS' ANSWER, COUNTERCLAIMS, AND DEMAND FOR JURY TRIAL - 3

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

18. FXCM denies the allegations of paragraph 18.

19. FXCM denies the allegations of paragraph 19.

## VII.  JURY DEMAND

FXCM hereby demands a trial by jury of all issues so triable.

## VIII.  PRAYER FOR RELIEF

FXCM denies the allegations, or is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies the allegations, as set forth in Broadband Graphics' Prayer for Relief, and contends that Broadband Graphics is not entitled to the relief prayed for therein, or any relief.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

U.S. Patent Nos. 7,313,765 and 7,539,947 (the "Asserted Patents") are invalid because they fail to satisfy the requirements of Title 35 of the United States Code, including, but not limited to, one or more of 35 U.S.C. §§ 101, 102, 103 and/or 112.

## SECOND AFFIRMATIVE DEFENSE

FXCM does not infringe, induce others to infringe, or contributorily infringe any valid, enforceable claim of the Asserted Patents.  In addition, FXCM has not infringed, induced others to infringe, or contributorily infringed any valid, enforceable claim of the Asserted Patents.

DEFS' ANSWER, COUNTERCLAIMS, AND DEMAND FOR JURY TRIAL - 4

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

## THIRD AFFIRMATIVE DEFENSE

By reason of the proceedings in the United States Patent and Trademark Office during the prosecution of the applications which resulted in one or more of the Asserted Patents, or any applications related thereto, and by reason of the admissions and representations therein made by or on behalf of the applicant for one or more of the Asserted Patents, Broadband Graphics is estopped from construing the claims of one or more of the Asserted Patents to cover and include any acts of FXCM.

## FOURTH AFFIRMATIVE DEFENSE

Upon information and belief, some or all of the claims of the Asserted Patents are limited and/or barred by laches, waiver, and/or estoppel.

## FIFTH AFFIRMATIVE DEFENSE

Broadband Graphics is not entitled to injunctive relief because any injury to Broadband Graphics is not immediate or irreparable and Broadband Graphics has an adequate remedy at law.

## SIXTH AFFIRMATIVE DEFENSE

Some or all of the damages claimed by Broadband Graphics are limited pursuant to 35 U.S.C. §§ 286-288.

## SEVENTH AFFIRMATIVE DEFENSE

FXCM reserves the right to assert any further or additional defense upon receiving more complete information regarding the matters alleged in the Complaint, through discovery or otherwise.

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# COUNTERCLAIMS

FXCM for its counterclaims alleges:

## THE PARTIES

1. FXCM Holdings LLC and Forex Capital Markets LLC are limited liability companies organized and existing under the laws of the State of Delaware with their principal place of business in New York, New York.

2. Upon information and belief, Broadband Graphics is a Washington limited liability company.

3. Upon information and belief, Broadband Graphics claims to be the owner of the U.S. Patent Nos. 7,313,765 and 7,539,947 (the "Asserted Patents"). Broadband Graphics has filed a complaint for patent infringement alleging that FXCM has infringed one or more claims of the Asserted Patents.

## JURISDICTION AND VENUE

4. FXCM claims and seeks a declaration from the Court that, pursuant to the Patent Laws of the United States, Title 35, United States Code, each and every claim of the Asserted Patents is invalid and not infringed. Broadband Graphics alleges that the claims of the Asserted Patents are valid and infringed by FXCM. Accordingly, an actual controversy within the meaning of 28 U.S.C. §§ 2201 and 2202 exists between FXCM and Broadband Graphics with respect to the invalidity and non-infringement of the Asserted Patents.

5. This Court has jurisdiction over the subject matter of this counterclaim pursuant to 28 U.S.C. §§ 1331, 1338, and 2201-2202.

6. This Court has personal jurisdiction over Broadband Graphics.

DEFS' ANSWER, COUNTERCLAIMS, AND DEMAND FOR JURY TRIAL - 6

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

7. Venue for this counterclaim is appropriate within this judicial district pursuant to 28 U.S.C. § 1391(b).

## FIRST COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement of the Asserted Patents)**

8. FXCM re-alleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 7.

9. Broadband Graphics alleges that it owns the Asserted Patents. Broadband Graphics alleges that FXCM has infringed, induced others to infringe, and contributorily infringed the Asserted Patents.

10. FXCM denies that it has infringed, induced others to infringe, or contributorily infringed the Asserted Patents.

11. An actual and justiciable controversy exists between FXCM and Broadband Graphics regarding non-infringement of the claims of the Asserted Patents.

12. Accordingly, FXCM hereby seeks entry of a declaratory judgment that it does not infringe any claim of the Asserted Patents.

## SECOND COUNTERCLAIM

**(Declaratory Judgment of Invalidity of the Asserted Patents)**

13. FXCM re-alleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 12.

14. Broadband Graphics alleges that the claims of the Asserted Patents are valid.

DEFS' ANSWER, COUNTERCLAIMS, AND DEMAND FOR JURY TRIAL - 7

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

15. FXCM alleges that the claims of the Asserted Patents are invalid because they fail to satisfy the requirements of Title 35 of the United States Code, including, but not limited to, one or more of 35 U.S.C. §§ 101, 102, 103 and/or 112.

16. An actual and justiciable controversy exists between FXCM and Broadband Graphics regarding the invalidity of the claims of the Asserted Patents.

17. Accordingly, FXCM hereby seeks entry of a declaratory judgment that the claims of the Asserted Patents are invalid.

## JURY DEMAND

FXCM hereby demands trial by jury of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, FXCM prays for judgment on Broadband Graphics' Complaint and FXCM's counterclaims as follows:

(a) That the Court enter judgment in favor of FXCM and against Broadband Graphics on Broadband Graphics' claims;

(b) That the Court find that the Asserted Patents are invalid and not infringed and issue declaratory judgments against Broadband Graphics and in favor of FXCM on FXCM's counterclaims;

(c) That the Court find this to be an exceptional case within the meaning of 35 U.S.C. § 285;

(d) That FXCM be awarded its costs of suit and attorneys' fees as allowed by law; and

(e) For such other and further relief as the Court may deem just and proper.

DEFS' ANSWER, COUNTERCLAIMS, AND DEMAND FOR JURY TRIAL - 8

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Dated: November 29, 2010

<div style="margin-left: 3em;">

<u>s/ Michael B. Levin</u>
Michael B. Levin (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: mlevin@wsgr.com

*– and –*

Barry M. Kaplan, WSBA #8661
Britton F. Davis, WSBA #39523
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: bdavis@wsgr.com

Attorneys for Defendants

</div>

DEFS' ANSWER, COUNTERCLAIMS, AND
DEMAND FOR JURY TRIAL - 9

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Johnathan E Mansfield
Schwabe Williamson & Wyatt
1211 SW 5th Avenue
Suite 1900
Portland, OR 97204
jmansfield@schwabe.com

Devon Zastrow Newman
Schwabe Williamson & Wyatt
1211 SW 5th Avenue
Suite 1900
Portland, OR 97204
dnewman@schwabe.com

Dated: November 29, 2010

                                            s/ Michael B. Levin
                                            Michael B. Levin (*pro hac vice*)

DEFS' ANSWER, COUNTERCLAIMS, AND DEMAND FOR JURY TRIAL - 10

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699