UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BROADBAND GRAPHICS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>FXCM HOLDINGS LLC and FOREX CAPITAL MARKETS LLC,<br><br>    Defendants.<br><br>―――――――――――――――<br><br>FXCM HOLDINGS LLC and FOREX CAPITAL MARKETS LLC,<br><br>    Counter-complainant,<br><br>vs.<br><br>BROADBAND GRAPHICS, LLC,<br><br>    Counter-defendant. | NO. CV-10-261-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Voluntary Dismissal with Prejudice (Ct. Rec. 16). The parties seek an order of dismissal with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Voluntary Dismissal with Prejudice (Ct. Rec. 16) is **GRANTED.**

2. The above-captioned matter is **dismissed with prejudice**, without costs or fees to either party.

///

///

**ORDER OF DISMISSAL** * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order, forward copies to counsel, and **close the file.**
3  **DATED** this 22nd day of December, 2010.
4
5
                  *s/Robert H. Whaley*
6               ROBERT H. WHALEY
              United States District Judge
7
8  Q:\CIVIL\2010\Broadband Graphics\Broadband.dismiss.ord.wpd

**ORDER OF DISMISSAL** * 2